UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES MITCHELL DeBARDELEBEN,

    Petitioner,

v.                                                      3:05-cv-375
                                                         3:83-cr-044

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that the petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** and this action is **DISMISSED**.

    **E N T E R:**

                                                                      s/ Thomas W. Phillips
                                                               United States District Judge